1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:11-cv-02981-JAM-DAD**
13  Scott N. Johnson               )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff;              )
                                    )
15      vs.                        )
                                    )
16                                  )
                                    )
17  Charles Scot Goodwin, et al    )
                                    )
18          Defendants             )
                                    )
19  _____ )

20

21     IT IS SO ORDERED that the above-entitled action is

22  hereby dismissed without prejudice pursuant to Fed. R. Civ.

23  P. Rule 41(a)(2).

24

25  Date: 10/11/2012

26                        /s/ John A. Mendez_____

27                        U. S. District Court Judge

28

                    PROPOSED ORDER RE REQUEST FOR DISMISSAL

                        CIV: S-11-02981-JAM-DAD- 1