1 SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2 PMB #253
CARMICHAEL, CA 95608-5758
3 TELEPHONE (916) 485-3516
FAX (916) 481-4224
4 E-MAIL scottnjohnson@dapiinc.com

5 Attorney for Plaintiff Scott N. Johnson

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13 Scott N. Johnson                  ) Case No.**2:11-cv-02981-JAM-DAD**
                                    )
14          Plaintiff;             ) **ORDER RE: REQUEST FOR DISMISSAL**
                                    )
15     vs.                         )
                                    )
16                                 )
                                    )
17 Charles Scot Goodwin, et al      )
                                    )
18          Defendants             )
                                    )
19 _____ )

20

21     IT IS SO ORDERED that the above-entitled action is

22 hereby dismissed without prejudice pursuant to Fed. R. Civ.

23 P. Rule 41(a)(2).

24

25 Date: 10/11/2012

26                         /s/ John A. Mendez_____

27                         U. S. District Court Judge

28

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-02981-JAM-DAD- 1